Angelo DiFiore, Respondent, v. Northern Wholesale Co., Inc., Appel-

lant.— Motion to dismiss appeal granted, unless the appellant shall be ready to argue same together with the appeal taken from the order denying motion for new trial on ground of newly-discovered evidence, at the opening of the January, 1924, term.